UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:19-cv-14404-KAM

MIRANDA RAMSEY, and all others similarly situated under *29 U.S.C. 216(b)*,

    Plaintiff(s),

v.

HGW AT SLW, LLC a/b/a HURRICANE GRILL & WINGS, a Florida Limited Liability Company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, HGW at SLW, LLC, hereby notifies the Court that the Parties have resolved this matter. The Parties respectfully request ten (10) days to file the appropriate settlement paperwork.

    Respectfully submitted,

    ROBYN S. HANKINS, PL
    Attorneys for Defendants
    4600 Military Trail, Ste. 217
    Jupiter, FL 33458
    Telephone: (561) 721-3890
    Facsimile: (561) 721-3889
    robyn@hankins-law.com

By: /s *Robyn S. Hankins*
    Robyn S. Hankins
    Florida Bar No. 0008699

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, I electronically filed the Foregoing Document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the persons on the service list.

By: /s Robyn S. Hankins
Robyn S. Hankins
Florida Bar No. 0008699
robyn@hankins-law.com

## SERVICE LIST

Jordan Richards, Esq.
Melissa Scott, Esq.
USA Employment Lawyers- Jordan Richards, PLLC
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
Telephone: (954) 871-0050
Jordan@jordanrichardspllc.com
Melissa@jordanrichardspllc.com
Jake@jordanrichardspllc.com
Stephanie@jordanrichardspllc.com
Mike@usaemploymentlawyers.com