UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14404-CIV-MARRA

MIRANDA RAMSEY, and all others
similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

HGW AT SLW, LLC
d/b/a HURRICANE GRILL & WINGS,
a Florida limited liability company,

Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND CLOSING CASE

THIS CAUSE is before the Court upon the Joint Motion for Court Approval of Settlement and for Order of Dismissal with Prejudice (DE 9).  The Court has carefully reviewed the case record and the Settlement Agreement.

The Court has conducted a review of the parties' settlement agreement in order to "scrutiniz[e] the settlement agreement for fairness" in accordance with Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).  The Court has determined that the agreement is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Id. at 1355.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.  The Settlement Agreement among the parties is hereby **APPROVED**.

2.  The above-styled action is hereby **DISMISSED WITH PREJUDICE**.[1]

---

[1] Upon the parties' request to retain jurisdiction to enforce the settlement agreement, the Court directs the parties to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir.

      3.      The case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of December, 2019.

_____
KENNETH A. MARRA
United States District Judge

---

2012).